**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Feder Steven Shamb Cruz

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01114-SHL-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 13 Petitioner's Notice of Status Update and Withdrawal of Motion to Show Cause, the Court directs the Clerk of Court to enter judgment in favor of Petitioner and close this case.

Date: 2/26/2026

KATE M. FOGARTY, CLERK